FIDELITY AND CASUALTY COMPANY OF NEW YORK, Plaintiff, *v.* CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, and ROYAL INDEMNITY COMPANY, Appellant, Impleaded with Others.

Argued January 14, 1941; decided February 27, 1941.

*Nathan Frankel* for appellant.

*J. Francis Hayden* and *Leo T. Kissam* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.